| | | |
|---|---|---|
| SPORT SUPPLY GROUP, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:11-cv-1035 |
| | § | |
| BRIAN R. BECK and BOATHOUSE ROW | § | |
| SPORTS, LTD. d/b/a BOATHOUSE SPORTS | § | |
| | § | |
| Defendants. | § | |
| | § | |

## AGREED RESTRAINING ORDER

Before the Court is Plaintiff Sport Supply Group, Inc.'s ("SSG") Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"). The Court has been notified by the parties that an agreement has been reached that resolves the Motion.

IT IS THEREFORE ORDERED that, for a period of one year from November 21, 2011, Defendants Brian Beck ("Beck") and Boathouse Row Sports, Ltd. d/b/a Boathouse Sports ("Boathouse") are hereby restrained, enjoined and prohibited, from undertaking the following actions:

(a) Beck shall not directly perform or by assisting others, indirectly engage in, any business activities on behalf of himself, Boathouse or any other business that competes with SSG, within a fifty (50) mile radius of Lewis Center, Ohio. This Order specifically precludes Beck from soliciting, calling on, selling, marketing, or corresponding with any SSG customers or prospective customers, taking orders, responding to customer inquiries or assisting others with any of the actions listed above within the geographic area. This Order prohibits Beck from competing with SSG within this geographic area without any

other limitations and without regard to whether Beck or SSG now has or has ever had direct contact with the customers or potential customers located therein; and,

(b) Beck shall not induce any person within a fifty (50) mile radius of Lewis Center, Ohio to limit, curtail or stop doing business with SSG or to attempt to divert business directed by such persons away from SSG; and

(c) Boathouse shall not employ, contract with or accept any services from Beck for any purpose that Beck is otherwise prohibited by this Order from providing. Specifically, Boathouse shall not employ Beck in any business endeavor in which a foreseeable or intended result is the consummation of a sale of goods or services to be delivered or provided to any customer whose address is located within a 50-mile radius of Lewis Center, Ohio.

For purposes of this Order, the term "competes with SSG" shall mean any one or more of the following: (i) manufacturing, distributing, designing, selling, or installing sports equipment, team uniforms or related products to any person or entity in any industry segment in which the Company has offered or actually provided or conducted business; or (ii) engaging in any other business activities which were either conducted, offered or provided by SSG during Beck's employment and as to which Beck was involved.

For the purposes of this Order, the center of the 50-mile radius is Beck's present residence of 2203 Bold Venture Dr., Lewis Center, Ohio 43035 and extends outward by 50 miles in every direction.

Except as modified by this Order, the Proprietary Information, Non-Compete and Non-Solicitation Agreement entered into by Beck and SSG on May 21, 2010 remains in effect and is binding.

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is withdrawn.

IT IS SO ORDERED on this ____/____ day of December, 2011.

United States District Judge

Agreed and respectfully submitted by:


s/Daniel J. Clark
Daniel J. Clark (0075125)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6436
Facsimile: (614) 719-4650
djclark@vorys.com

Ann Marie Painter (pro hac vice forthcoming)
Texas Bar No. 00784715
Jason R. Elliott (pro hac vice forthcoming)
Texas Bar No. 24050558
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
(214) 466-4000
(214) 466-4001 – fax
annmarie.painter@morganlewis.com
jason.elliott@morganlewis.com

ATTORNEYS FOR PLAINTIFF
SPORT SUPPLY GROUP, INC.


s/Rex Elliott (per telephone auth.)
Rex H. Elliott
Cooper & Elliott LLC
2175 Riverside Drive
Columbus, OH 43221
(P) 614.481.6000
(F) 614.481.6001
rexe@cooperelliott.com

ATTORNEYS FOR DEFENDANTS BRIAN BECK
AND BOATHOUSE ROW SPORTS, LTD